USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ATHOSCHIA INTERNATIONAL TANKER  :     09 Civ. 4278 (SHS)
LTD.,

                 Plaintiff,   :

    -against-                            :     ORDER

BRILA ENERGY LTD.,                  :

                Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today with counsel for plaintiff present, and no appearance on behalf of defendant,

       IT IS HEREBY ORDERED that at the plaintiff's request, this action is dismissed without prejudice.

Dated: New York, New York
        September 11, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.