USDC SDN
DOCUMEN
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9|14|09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ATHOSCHIA INTERNATIONAL
TANKER LTD.
    Plaintiff,

 -against-

BRILA ENERGY LTD.

    Defendant.
------------------------------------X

09 Civ. 4278 (SHS)

Amended ORDER

SIDNEY H. STEIN, U.S.D.J.

A pretrial conference having been held on Sept 11, 2009 with counsel for plaintiff present, and no appearance on behalf of defendant,

IT IS HEREBY ORDERED that at the plaintiff's request, this action is dismissed without prejudice. Funds having been attached, the Court shall retain jurisdiction over the matter and, upon written request by letter to the Court, either party may reopen the case for the purposes of any necessary proceedings to enforce any judgment or arbitration award rendered in connection with a resolution fo the merits of the dispute that is the subject of this action.

Dated: New York, New York
   14 September 2009

SO ORDERED:

Sidney H. Stein, U.S.D.J.